UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>4879 SPRINGDALE-HUNTERS ROAD, SPRINGDALE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>            Defendant. | NO. CV-05-361-EFS<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |

Before the Court, without oral argument, is the parties' Joint Stipulation for Voluntary Dismissal (Ct. Rec. 40). In light of developments in related criminal cases and a separate forfeiture action, the United States is no longer seeking forfeiture of the above-captioned property. Therefore, the Court finds good cause to accept the stipulation and to dismiss the action without prejudice and without the award of costs or fees. This stipulation ends the case; therefore, the file shall be closed.

**ACCORDINGLY, IT IS HEREBY ORDERED**: the Joint Stipulation for Voluntary Dismissal **(Ct. Rec. 40)** is **GRANTED**. The action is dismissed

ORDER ~ 1

without prejudice; each side is to pay their own fees and costs.  The file shall be **closed.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel and close the file.

**DATED** this 10th  day of July 2007.


                          S/ Edward F. Shea
                           EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2005\0361.stip.dismiss.wpd

ORDER ~ 2